Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0377/AR. U.S. v. Randy A. Giddens. CCA 20090598. Review granted on the following issue:

> WHETHER A CONTESTED UNLAWFUL ENTRY SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–0328/AR. U.S. v. Bret A. Glowth. CCA 20090925. Review granted on the following issue:

> WHETHER THE CHARGE AND ITS SPECIFICATIONS FAIL TO STATE AN OFFENSE BECAUSE THE SPECIFICATIONS DO NOT

---

* It is ordered that Appellant receive 3 additional days of pretrial confinement credit, for a total credit of 51 days, against the confinement portion of his sentence.